RRR/JRS: USAO 2019R00208

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2019 APR 29  PM 6:05

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. TDC19cr215 |
| | * | |
| JONATHAN PIERRE RAY, and | * | (Felon in Possession of Firearms, |
| RONALD CORDELLE SMITH, | * | 18 U.S.C. § 922(g)(1); Aiding and |
| | * | Abetting, 18 U.S.C. § 2; Forfeiture, |
| Defendants | * | 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)) |
| | * | |

*******

## INDICTMENT

### COUNT ONE
(Felon in Possession of Firearms)

The Grand Jury for the District of Maryland charges that:

On or about March 12, 2019, in the District of Maryland, the defendants,

**JONATHAN PIERRE RAY, and
RONALD CORDELLE SMITH,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms, in and affecting commerce, that is, (1) a loaded Glock Model 30S .45 caliber pistol, bearing serial number BEVG029; and (2) a loaded Taurus Model G2C 9 millimeter pistol, bearing serial number TLN46098.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), in the event of the defendants' conviction under Count One of this Indictment.

### Firearm Forfeiture

2. As a result of the offense set forth in Count One, the defendants,

**JONATHAN PIERRE RAY, and
RONALD CORDELLE SMITH,**

shall forfeit to the United States the firearms, firearm-related parts, and ammunition identified in Count one and involved in that offense.

18 U.S.C. § 924(d)
28 U.S.C. § 2461(c)

*Robert K. Hur /RR*
Robert K. Hur
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: April 29, 2019